UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STORMIE COLLINS,
    Plaintiff,

-vs.-                        Case No. 2:12-cv-00393-RAED
                            Hon. R. Allan Edgar

HASTER LAW OFFICE, P.A.,
    Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                Respectfully submitted

December 27, 2012                     /s/ Gary Nitzkin_____
                                                GARY D. NITZKIN (P41155)
                                                Attorney for Plaintiff
                                                22142 West Nine Mile Road
                                                Southfield, MI 48033
                                                (248) 353-2882
                                                GNitzkin@creditor-law.com

## PROOF OF SERVICE

I, Gary D. Nitzkin hereby state that on December 27, 2012, I served a copy of the within pleading upon all counsel of record via the ECF System.
                                                     /s/ Gary D. Nitzkin
                                                     Gary D. Nitzkin